# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

FANNY SCOTT BURNS,                    )
      Plaintiff,                    )
                        )
v.                                     )
                        )
                        )     **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,                     )     **CASE NO.  5:11-CV-737-D**
*Commissioner of Social Security*,     )
      Defendant.                    )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] and GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 23].

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 20, 2012,** WITH A COPY TO:

Lila T. Forro (via CM/ECF electronic notification)
Wanda D. Mason (via CM/ECF electronic notification)


December 20, 2012                        JULIE A. RICHARDS, Clerk
Date                                     Eastern District of North Carolina

                                        /s/Debby Sawyer
                                        (By) Deputy Clerk

Raleigh, North Carolina